■ In the Matter of WALTER ROGER HUNT, an Attorney.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.